RECEIVED
IN ALEXANDRIA, LA

MAR -4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| EUGENE H. MOORE | CIVIL ACTION NO. 06-1353 |
|---|---|
| VS. | SECTION P |
| TERRY TERRELL, WARDEN | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that petitioner's petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. §2254 be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 4th day of March, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE